Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**United States Courts**
**Southern District of Texas**
**FILED**

# UNITED STATES DISTRICT COURT

**OCT 0 6 2021**

Nathan Ochsner, Clerk of Court

for the

_Southern_ District of _Texas_

_Galveston_ Division

_Kenneth Ray Bullard_
_____
_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

_Galveston County_
_C. Constanza_
_Henry A. Trochessey_
_____
_Defendant(s)_
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name · _Kenneth Ray Ballard_

All other names by which
you have been known:

ID Number _H 291777_

Current Institution _Galveston County Jail_

Address _5700 Ave H_

_Galveston_        _TX_        _7755|_
City                       State             Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _Galveston County_

Job or Title *(if known)*

Shield Number

Employer

Address

_Galveston_        _TX_        _7755|_
City                       State             Zip Code

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name _C. Constanza_

Job or Title *(if known)* _Dupetie_

Shield Number

Employer _Galveston County Sheriff Dep_

Address _5700 Ave H_

_Galveston_        _TX_        _7755|_
City                       State             Zip Code

☑ Individual capacity    ☐ Official capacity

Defendant No. 3
  Name                          *Henry A Trochesset*
  Job or Title *(if known)*     *SHERIFF*
  Shield Number
  Employer                      *Galveston County Sheriff Department*
  Address                       *5700 AVE H*
                                *Galveston*            *TX*        *77551*
                                     *City*            *State*      *Zip Code*

  ☑ Individual capacity    ☑ Official capacity

Defendant No. 4
  Name                          _____
  Job or Title *(if known)*     _____
  Shield Number                 _____
  Employer                      _____
  Address                       _____
                                _____
                                     *City*            *State*      *Zip Code*

  ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*pretrail detainee due process rights*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?



D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

In Galveston County Jail 3-22 to now

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

3-22-2021    Defendant 1    3-22-2021 to Now    6-10-2021

5-13-2021                   Defendant 3          Defendant 2

7-11-2021 to Now

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?*
     *Was anyone else involved?  Who else saw what happened?)*  Defendant 2

C. Constanza subjected me to use of force
then cause more punishment by charging me
with additional chargers to cover up the use
of force and im not the only pretrail detainee he
done the too

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

Stockholm Syndrome, post traumatic-stress-disorder
diminished mental and physical capacity

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

Galveston County-denial of a Examing trail- due process
     punitive damages 300,000

C. Constanzo -due process - punitive damages 100,000

Henry A Trochesset - due process - punitive damages 100,000

prelimanary Injuction placed on any punishment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Galveston County Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

But they said my Grievance didn't fall within the guid lines.

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.      Where did you file the grievance?

Galveston County Jail

2.      What did you claim in your grievance?

that the officer use exsess force

3.      What was the result, if any?

they said my grievance didn't fall within the gidlines

4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Here was noun because it was reduce to a complaint

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *I worke the court about not getting a exsaming trial I worke ops about the exscessforce*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

     Plaintiff(s) _____

     Defendant(s) _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

   3.   Docket or index number

     _____

   4.   Name of Judge assigned to your case

     _____

   5.   Approximate date of filing lawsuit

     _____

   6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition. _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s)    _____
       Defendant(s)   _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

       _____

3.    Docket or index number

       _____

4.    Name of Judge assigned to your case

       _____

5.    Approximate date of filing lawsuit

       _____

6.    Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      9-05-2021

Signature of Plaintiff      Kennith Ray Ballard

Printed Name of Plaintiff      Kenneth Ray Ballard

Prison Identification #      291777

Prison Address      Galveston County Jail

Galveston      TX      77551

City      State      Zip Code

### B.    For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Address      _____

City      State      Zip Code

Telephone Number      _____

E-mail Address      _____