Case 3:21-cv-00272   Document 16   Filed on 08/02/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

No. 3:21-cv-272

KENNETH RAY BALLARD, #BR3568, PLAINTIFF,

v.

GALVESTON COUNTY, *ET AL.*, DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

Plaintiff Kenneth Ray Ballard filed a civil-rights complaint under 42 U.S.C. § 1983, while detained at the Galveston County Jail. In February 2022, Ballard provided the court with an updated address for the California Institution for Men, where he was being detained following his extradition to California. Dkt. 13. Publicly available online records reflect that Ballard is no longer in the custody of the California Department of Corrections.[1] Ballard has not provided the court with a change of address, as required by Rule 83.4 of the Local Rules for the Southern

---

[1] *See* Website for the California Department of Corrections and Rehabilitation, California Incarcerated Records and Information Search, available at https://apps.cdcr.ca.gov/ciris (last visited August 1, 2024).

District of Texas. Under that rule, a self-represented litigant is responsible for keeping the clerk advised in writing of his current address. Ballard has failed to provide the court with an accurate, current address.

Ballard's failure to pursue this action forces the court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Ballard is advised that upon a proper showing of good cause for his failure to comply with the court's local rules, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure. Any motion under Rule 60(b) must be accompanied by an updated address.

Accordingly, it is **ORDERED** that this action be **DISMISSED** without prejudice for want of prosecution. Any pending motions are **DENIED** as moot.

Signed on Galveston Island this __2nd__ day of __August__, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE